FILED
NOV 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT 3:25cr551 |
| | ) | Judge Zouhary |
| Plaintiff, | ) | Magistrate Judge Clay |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | Title 21, United States Code, |
| COLYN JONES, | ) | Sections 841(a)(1), (b)(1)(A), |
| | ) | 846, and Title 18, United States |
| Defendant. | ) | Code, Section 2 |
| | ) | |
| | ) | |

COUNT 1
(Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances,
21 U.S.C. § 846)

The Grand Jury charges:

1. From in or around September 2025 to in or around October 2025, in the Northern District of Ohio, Western Division, and elsewhere, Defendant COLYN JONES did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

ORIGINAL

## COUNT 2
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. § 841(a)(1), (b)(1)(A))

The Grand Jury further charges:

2. On or about October 14, 2025, in the Northern District of Ohio, Western Division, Defendant COLYN JONES did knowingly and intentionally possess with the intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations in Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offense, Defendant COLYN JONES, shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; and any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.